# Commonwealth *v.* Johnston, Appellant (No. 2).

Per Curiam, October 10, 1910:
For the reasons given in the immediately preceding case the appeal is quashed.